**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

United States of America

Plaintiff(s),

vs.

Robert A. Woods

Defendant(s).

Case No.:21-mj-0482-001-CDL

Criminal Information Sheet

Date: 6/17/2021 Interpreter: Yes ☐ No ☒

Magistrate Judge Little Deputy Tami Calico USPO J. Basiger

Date of Arrest: 6/17/2021 Arrested By: USM ☒ Detention Requested by AUSA

Bail Recommendation: ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. ________________ ☐ l ☐ m ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s

☐ c. ☐ d.. ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)

☐ e. ____________________ ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)

☐ f. ☐ g. ☐ h. ☐ i. ☐ j. ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)

☐ k. (☐ ii, ☐ ii, ☐ iii) ☐ w (☐ 1, ☐ 2) ☐ x. (other) ____________________

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: X Yes No

Defendant's Attorney: Michael Brewer ☒ FPD; ☐ Ct. Appt; ☐ Ret Counsel

AUSA: Tom Buscemi

**MINUTES:**

Interpreter: ______________________________; ☐ Sworn

☒ Defendant appears ~~in person~~ for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☒ Rule 5 (SR)
by video with: ☐ Ret Counsel; ☒ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☐ Verified in open court

☐ Corrected by interlineation to ____________________________________________
to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☒ of Rule 5 Hearings

☐ Bond set for ______________________________; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: ______________________ at ________ a.m./p.m.

☐ Arraignment scheduled: ______________________ at ________ a.m./p.m.

☐ Detention Hearing scheduled: ______________________ at ________ a.m./p.m.

☐ Preliminary Exam scheduled: ______________________ at ________ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # 1 : ☐ Granted; ☐ Denied; ☒ Moot Mot. for Hearing # 2 : ☐ Granted; ☐ Denied; ☒ Moot

**Additional Minutes:** ____________________________________________