**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Robert A Woods,<br><br>Defendant(s). | Case No.: 21-mj-00482-CDL<br><br>Charging District's<br>Case No.: 15-12-01-CR-W-BP<br><br>**WAIVER OF RULE 32.1 HEARING (VIOLATION OF PROBATION OR SUPERVISED RELEASE)** |

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* USDC WD/MO .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☒ ~~an identity hearing~~, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ~~☒~~ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/17/2021

Oral Consent
Defendant's signature

Oral Consent
Attorney for Defendant