# U.S. District Court
# U.S. District Court for the Northern District of Oklahoma (Tulsa)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−00482−CDL−1

Case title: USA v. Woods

Other court case number: 15−12−01−CR−W−BP USDC WD/MO

Date Filed: 06/17/2021

---

Assigned to: Magistrate Judge Christine D Little

**Defendant (1)**

**Robert A Woods** represented by **Michael Steven Brewer**
Federal Public Defender's Office (Muskogee)
627 West Broadway
Muskogee, OK 74401−6220
918−687−2430
Email: michael_brewer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3606.F | |

---

**Plaintiff**

**USA** represented by

**Thomas Edward Buscemi**
DOJ−USAO
110 West 7th Street
Ste 300
Tulsa, OK 74119
918−703−7813
Email: thomas.buscemi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/17/2021 | | | ARREST on Charges Pending in Another District(Rule 5) as to Robert A Woods (tjc, Dpty Clk) (Entered: 06/17/2021) |
| 06/17/2021 | 1 | | MOTION for Detention by USA as to Robert A Woods [Note: Attorney Thomas Edward Buscemi added to party USA(pty:pla).] (Buscemi, Thomas) (Entered: 06/17/2021) |
| 06/17/2021 | 2 | | MOTION for Hearing (Re: 1 MOTION for Detention ) by USA as to Robert A Woods (Buscemi, Thomas) (Entered: 06/17/2021) |
| 06/17/2021 | 3 | | MINUTES of Proceedings − held before Magistrate Judge Christine D Little: Initial Appearance in Rule 5 Proceedings held on 6/17/2021 , ruling on motion(s)/document(s): #1 moot, #2 moot, appointing FPD attorney Michael Steven Brewer for Robert A Woods, ordering defendant be detained as to Robert A Woods (Re: 1 MOTION for Detention , 2 MOTION for Hearing ) (Court Reporter: C1) (sdc, Dpty Clk) (Entered: 06/17/2021) |
| 06/17/2021 | 4 | | ORDER by Magistrate Judge Christine D Little , appointing FPD attorney as to Robert A Woods (sdc, Dpty Clk) (Entered: 06/17/2021) |
| 06/17/2021 | 5 | | WAIVER of Rule 5 Hearing by Robert A Woods (sdc, Dpty Clk) (Entered: 06/17/2021) |
| 06/17/2021 | 6 | | COMMITMENT to Another District (Rule5) by Magistrate Judge Christine D Little as to Robert A Woods (sdc, Dpty Clk) (Entered: 06/17/2021) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT A. WOODS,**<br><br>**Defendant.** | **Case No. 21-MJ-482-CDL** |

**Motion for Detention**

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

**1. Eligibility of Case.** This case is eligible for a detention order because this case involves a (check all that apply):

☐ Crime of violence (18 U.S.C. § 3156).

☐ Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐ Crime with a maximum sentence of life imprisonment or death.

☒ Drug offense with a maximum sentence of ten years or more.

☒ Felony offense and Defendant has two prior convictions in the four categories listed above, or two State convictions that would otherwise fall within those four categories if federal jurisdiction had existed.

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

Case 4:21-mj-00482-CDL Document 1 Filed in USDC ND/OK on 06/17/21 Page 2 of 8

☒ Serious risk Defendant will flee.

☒ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

**2. Reason for Detention.** The Court should detain Defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

**3. Rebuttable Presumption.** The United States will invoke the rebuttable presumption against Defendant under § 3142(e). The presumption applies because there is (check all that apply):

☒ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☒ Probable cause to believe Defendant committed drug offense with a maximum sentence of ten years or more.

☐ Probable cause to believe Defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), or 2332b(g)(5)(B) (crime of terrorism).

☐ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

Case 4:21-cr-00482-CDL Document 1 Filed 06/17/21 Page 3 of 3

Dated this 17th day of June, 2021.

Respectfully submitted,

CLINTON J. JOHNSON
ACTING UNITED STATES ATTORNEY

*/s/ Thomas E. Buscemi*
Thomas E. Buscemi, GBA No. 230681
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT A. WOODS,**<br><br>**Defendant.** | **Case No. 21-MJ-482-CDL** |

**Motion for Detention Hearing**

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 17th day of June, 2021.

Respectfully submitted,

CLINTON J. JOHNSON
ACTING UNITED STATES ATTORNEY

*/s/ Thomas E. Buscemi*
Thomas E. Buscemi, GBA No. 230681
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America
Plaintiff(s),

vs.

Robert A. Woods
Defendant(s).

Case No.:21-mj-0482-001-CDL

Criminal Information Sheet

Date: 6/17/2021 Interpreter: Yes ☐ No ☒

Magistrate Judge Little Deputy Tami Calico USPO J. Basiger
Date of Arrest: 6/17/2021 Arrested By: USM ☒ Detention Requested by AUSA
Bail Recommendation: ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. ________ ☐ l ☐ m ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s
☐ c. ☐ d.. ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ e. ________ ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ f. ☐ g. ☐ h. ☐ i. ☐ j. ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ k. (☐ ii, ☐ ii, ☐ iii) ☐ w (☐ 1, ☐ 2) ☐ x. (other) ________

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: X Yes No
Defendant's Attorney: Michael Brewer ☒ FPD; ☐ Ct. Appt; ☐ Ret Counsel
AUSA: Tom Buscemi

**MINUTES:**

Interpreter: ________; ☐ Sworn

☒ Defendant appears ~~in person~~ by video for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☒ Rule 5 (SR)
with: ☐ Ret Counsel; ☒ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:

☐ Verified in open court

☐ Corrected by interlineation to ________
to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.

☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☒ of Rule 5 Hearings

☐ Bond set for ________; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: ________ at ____ a.m./p.m.

☐ Arraignment scheduled: ________ at ____ a.m./p.m.

☐ Detention Hearing scheduled: ________ at ____ a.m./p.m.

☐ Preliminary Exam scheduled: ________ at ____ a.m./p.m.

☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # 1: ☐ Granted; ☐ Denied; ☒ Moot Mot. for Hearing # 2: ☐ Granted; ☐ Denied; ☒ Moot

**Additional Minutes:** ________

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Robert A Woods,<br><br>Defendant(s). | Case No.: 21-mj-00482-CDL<br><br>**ORDER APPOINTING COUNSEL** |

Defendant has completed an affidavit as to his/her financial ability to employ counsel. Upon review, the Court finds that Defendant is financially unable to obtain counsel. In accordance with the Northern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984, the Court finds and orders as follows:

☒ Michael Brewer, the Federal Public Defender is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐ ___________________, an attorney from the Court's panel of private attorneys, established pursuant to the Criminal Justice Act for the Northern District of Oklahoma, is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

☐ Defendant will reimburse the government for the reasonable cost of providing representation in accordance with his/her ability to pay as determined by further order of the court.
$ __________

Date: 6/17/2021

Christine D. Little, U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Robert A Woods,

Defendant(s).

Case No.: 21-mj-00482-CDL

Charging District's
Case No.: 15-12-01-CR-W-BP

**WAIVER OF RULE 32.1 HEARING (VIOLATION OF PROBATION OR SUPERVISED RELEASE)**

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* USDC WD/MO.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☒ ~~an identity hearing~~, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ~~☒~~ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/17/2021

Oral Consent
Defendant's signature

Oral Consent
Attorney for Defendant

Case 4:21-mj-00482-CDL Document 6 Filed in USDC ND/OK on 06/17/21 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Robert A Woods,

Defendant(s).

Case No.: 21-mj-00482-CDL

Charging District's
Case No.: 15-12-01-CR-W-BP

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the USDC WD/MO.

The defendant may need an interpreter for this language: ______________.

The defendant: ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 6/17/2021

Judge's signature

Christine D. Little, U.S. Magistrate Judge
Printed name and title